IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

SAUNDERS ENGINE AND                  )
EQUIPMENT CO., INC., a corporation,  )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )        CIVIL ACTION NO. 5:04 c v 235-RH
                                     )                                    WCS
PETER A. T. MYRTLE, an individual,   )
and VICTORIA G. V. MYRTLE, an        )
individual, *in personam*, and the   )
M/V SCOTTISH REEL, her engines,      )
hull, tackle, gear and appurtenances, etc., )
*in rem*,                            )
                                     )
        Defendants.                  )

**COMPLAINT**

        The complaint of Saunders Engine and Equipment Co., Inc., (herein "Plaintiff") against

Peter A. T. Myrtle and Victoria G. V. Myrtle, individuals who owned, chartered, operated,

managed and/or controlled the M/V SCOTTISH REEL at all times in question, *in personam*, and

the M/V SCOTTISH REEL, her engines, hull, tackle, gear, appurtenances, etc., *in rem*, in a

cause of a contract, civil and maritime, for necessaries, repairs, services and equipment provided

to said vessel and for a maritime lien against said vessel, under Rule 9(h) of the Federal Rules of

Civil Procedure, alleges on information and belief as follows:

Parties and Jurisdiction

        1.      At all material times, Plaintiff (d/b/a Saunders Engine Company and Saunders

Service Center) was and still is an Alabama corporation, having its principal place of business in

Mobile, Alabama. Plaintiff also has a marine repair facility in Panama City, Florida.

        2.      Defendants Peter A. T. Myrtle and Victoria G. V. Myrtle are individuals who are

resident citizens of Louisiana. On information and belief, Peter A. T. Myrtle and Victoria G. V.

Myrtle are husband and wife.  Said defendants are collectively and separately hereinafter referred to as the Myrtle Defendants.

3.      The defendant vessel M/V SCOTTISH REEL (herein the "Vessel") is now, or during the pendency of process hereunder, will be within the jurisdiction of this Honorable Court.

4.      On information and belief, the Myrtle Defendants owned, chartered, operated, managed and/or controlled the Vessel at all times in question.

5.      Jurisdiction of this cause is based upon the provisions of 28 U.S.C. § 1333.

### Count One

6.      Heretofore, during February-March, 2004, and at the request of and by agreement with the Myrtle Defendants, and/or their authorized representatives, Plaintiff provided through its Panama City facility certain necessary repairs, services and equipment to the Vessel located at Miller Marine, Panama City, Florida.  Contract documents are incorporated herein as Exhibits A, B, C, D, E and F,   There remains unpaid to Plaintiff the approximate amount of Twenty-Four Thousand One Hundred Seventy-One and 55/100 Dollars ($24,171.55), plus interest, for said repairs, services and equipment.

7.      There presently remains due and owing to Plaintiff the aforesaid sum plus interest thereon, attorney's fees and costs.  Plaintiff claims a maritime lien against the Vessel with respect to the amounts due Plaintiff.  Although demand has been made upon the Myrtle Defendants, or said Vessel's agents, for the payment of the balance owing for said necessary repairs, services and equipment, the balance due as aforesaid remains unpaid.

Count Two

8.      Plaintiff realleges Paragraphs 6 and 7 as if fully set out herein.

9.      In connection with the aforesaid repairs, services and equipment which Plaintiff agreed to provide, the Myrtle Defendants requested Plaintiff to extend credit terms to them for payment of the amounts due for said work.  On or about February 6, 2004, Peter A. T. Myrtle, for and on behalf of the Myrtle Defendants, executed a written Credit Application and acknowledged in writing acceptance of the agreed payment terms which consisted of a $20,000 down payment and the balance "to be paid in four equal monthly installments with the first payment due 30 days from completion of work."  Additionally, the Credit Application executed by Peter A. T. Myrtle contains the following provision:

> CREDIT TERMS:  All accounts are due and payable as stated under invoice terms.  A FINANCE CHARGE of one and one-half percent (1 1/2 %) per month, which is an annual percentage rate of eighteen percent (18%) will be imposed on all accounts that are past due.  In the event of suit to collect any unpaid balance due, the customer shall be liable for all costs and expenses, including a reasonable attorney's fee.  The customer agrees to these credit terms as evidenced by customer's signature below.

WHEREFORE, Plaintiff demands and prays for the following relief:

1.      That process in due form of law issue against each of the Myrtle Defendants who were and are the owners, charterers, managers and/or operators of the aforesaid Vessel at the times involved, citing them to appear and answer all and singular the matters aforesaid;

2.      That process in due form of law issue against the defendant Vessel, her engines, hull, tackle, gear, appurtenances, etc., and that all persons claiming any interest in the Vessel be cited to appear and answer all and singular the matters aforesaid;

3.      That Plaintiff have judgment against all defendants, jointly and severally, in the amount of $24,171.55, or as otherwise proved, plus attorney's fees, interest and costs;

4.      That the Vessel be condemned and sold to pay the judgment in this cause; and

5.      That the Plaintiff have such other, further and different relief as justice may require.

JAIME W. BETBEZE (Fla. Bar #FL175854)

LOUIS C. NORVELL (Fla. Bar #135054)
Attorneys for Plaintiff
Saunders Engine Company
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Telephone:  251-432-5511
Fax:  251-694-6375
E-mail:  jbetbeze@handarendall.com
           lnorvell@handarendall.com

J. HODGE ALVES, III
Alabama Bar #ASB-7006-A645
Fed. Ct. ID (U.S.D.C. S.D. Ala.) – (ALVEJ7006)
Attorney for Plaintiff
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama  36601
Telephone:  251-432-5511
Fax:  251-694-6375
E-mail:  halves@handarendall.com

AFFIDAVIT

STATE OF ALABAMA:

COUNTY OF MOBILE:

Personally appeared before me, the undersigned authority in and for said state and county, Michael J. Hofto, who after being duly sworn, deposes and says, as follows:

I am Michael J. Hofto, and I am the Executive Vice President and CFO of Plaintiff Saunders Engine Company. I have read the foregoing complaint, and, based upon information and belief, I believe the facts in the foregoing complaint to be true and correct to the best of my knowledge, information and belief.

_____
MICHAEL J. HOFTO

Sworn and subscribed to before me on this the 10th day of September, 2004.

_____
NOTARY PUBLIC          My Commission Expires April 7, 2008
My Commission Expires: _____

*IN PERSONAM* DEFENDANTS MAY BE SERVED, as follows:

Peter A. T. Myrtle
115 Golfers Drive
Covington, LA  70433

Victoria G. V. Myrtle
115 Golfers Drive
Covington, LA  70433

Please withhold *in rem* service on Defendant M/V SCOTTISH REEL until further notice from Plaintiff's attorneys.



Peter Myrtle                                            February 5, 2004
fax: 985-624-8558

Re: M/V Scottish Reel Payment Schedule

Mr. Myrtle,

Enclosed are estimates for rebuilding both main engines on your vessel Scottish Reel. This letter is to address special payment arrangements. We request $20,000 as a down payment due before work begins. Balance is to be paid in 4 equal monthly payments with the first payment due 30 days from completion of work. We also need a completed credit application returned to us so we may set up an account. Credit application is attached.

Please sign the acknowledgment below and fax back to my attention along with the credit application. We appreciate your business. If you have any questions or concerns, please call me at 800-239-6553.

Sincerely,

Teri Crump
Marine Customer Service Manager

I accept the above payment terms and enclosed estimates.

_____
Signature

_____
Print

# Saunders Engine Company

Mobile, Alabama
600 Coliseum Road 36610
P.O. Box 1874       36693
* 251 450 4527
* 251 457 0523
www.saundersengine.com

Orange Beach, Alabama
27079 Marina Road 36561
P.O. Box 1730       36561
* 251 981-3700
* 251 981-3619
www.saundersengine.com

Panama City, Florida
1110 Chestnut Avenue 32401
P.O. Box 1287       32402
* 800 763-7866
* 850 784-0766
www.saundersengine.com



EXHIBIT
A

*5200 0*

*OK*

# SAUNDERS
## Yachtworks

**Orange Beach, AL**
27075 Marina Road (36561)
251-981-3700
Fax 251-981-3919
800-392-2487

**Panama City, FL**
1128 Chestnut Avenue (32401)
850-763-7656
Fax 850-784-0245
800-239-6953

## CREDIT APPLICATION

Date: _8/6/04_

Account Name: _PETER A.T. MYRTLE_   Soc. Security No.: _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_

_Scottish Reel_     _PANAMA City BEACH, FLORIDA_
Vessel Name     Primary Port for Service

_HATTERAS_     _CONVERTIBLE SPORT FISH_   _53'_    _77_
Vessel Make     Model     LOA     Year

Is Vessel Documented?   Yes _X_  No _____   USCG Doc # _586074_   Hull # _451_

Is your vessel captain authorized to order services?   Yes _X_  No _____

Billing Address: _115 GOLFERS DRIVE_

City: _Covington_     State: _LA_     Zip: _70433_

Home Phone: _(985) 893-7146_     Work Phone: _(985) 621-8585_

Fax Phone: _(985) 621-8758_     Cell Phone: _(985) 778-8240_

email address: _baig@baig.com_

## BANK AFFILIATION:

Name of Bank: _BANK ONE_

Address: _3500 Hwy 190_     City: _MANDEVILLE_ State/Zip: _LA 70448_

Bank Officer: _Brian Diveer_     Telephone _(985) 674-8746_ Fax _(985) 674-8748_

Please Sign to Authorize Bank Reference: _[signature]_

If Corporation, please attach your trade references.

CREDIT TERMS: All accounts are due and payable as stated under invoice terms. **A FINANCE CHARGE of one and one-half percent (1-1/2%) per month, which is an annual percentage rate of eighteen percent (18%) will be imposed on all accounts that are past due.** In the event of suit to collect any unpaid balance due, the customer shall be liable for all costs and expenses, including a reasonable attorney's fee. The customer agrees to these credit terms as evidenced by customer's signature below.

CUSTOMER SIGNATURE _[signature]_

**EXHIBIT B**

# SAUNDERS

February 5, 2004                                                    Page 1 of 2

Peter Myrtle

## M/V "Scottish Reel" 53' Hatteras

TYPE:              Detroit Diesel
MODEL:             12V71 TI
APPLICATION:       Port Main Engine
PROCEDURE:         Major In-Frame Overhaul

We are pleased to provide our budgetary estimate of labor and materials required for the major
in-frame overhaul on the port main engine of the M/V Scottish Reel. This estimate includes the
specific parts, components, and procedures as listed:

## PROCEDURES INCLUDE:
Disassemble all parts and components listed--ALL ARE TREATED IN ONE OF THREE WAYS:
1) replaced with factory-new part
2) rebuilt/reconditioned to factory specification
3) qualified for reuse through appropriate inspections, tests, or measurements per specifications

## NEW REPLACEMENT PARTS INCLUDE:

| | |
|---|---|
| Cylinder kits | Oil regulator valves |
| Rod bearings | Main bearing bolts |
| Main bearings | Main bearing thrust washers |
| Necessary gaskets & seals | Liner inserts & shims |
| Fuel & oil filters | Oil & water conditioner |
| Air box check valves | Connecting rod bolts & spacers |
| HP Fuel pump drive | Blower shaft |
| Blower drive chain | Thermostats & seals |
| Misc. engine hoses | Blower drive hub & plates |

## REBUILT COMPONENTS INCLUDE:

| | |
|---|---|
| Cylinder heads | Governor |
| Blowers | Connecting rods |
| Blower drive | Injectors (premium grade) |
| Fuel pump | Oil pump |
| Turbos | |

# Saunders Engine Company

Mobile, Alabama
840 Dunranne Road 36610
P.O. Box 1304    36633
251-456-1507
251-457-5553
www.saundersengine.com

Orange Beach, Alabama
27075 Marra Road 36561
P.O. Box 1790    36561
251-981-3700
251-981-3519
www.saundersengine.com

Panama City, Florida
1126 Chestnut Avenue  32401
P.O. Box 1307    32402
850 763-7856
850 784-0295
www.saundersengine.com



EXHIBIT
C



**ESTIMATE DOES NOT INCLUDE:**
Damaged or unacceptable castings or cores.
Machine work if any is required.
Switches, gauges, sensors, alarm systems.
Starters, alternators, electrical components.
Parts or procedures not listed in estimate.
Special freight charges.
Applicable sales tax.

**NOTES:**

1.    Service includes the replacement of fresh water hoses, fuel hoses, and oil hoses for engine
       components that are removed and replaced during overhaul. Additional charges will apply
       if other hoses require replacement.

2.    Service does not include cleaning of the heat exchanger or inter-coolers.

3.    Service includes replacement of all main bearing bolts.

4.    Overhaul to be performed in Panama City

|  |  |
|---|---|
| Estimated price: | $28,056.00 per engine |
| Terms: | 50% when engine assembly commences, balance on delivery |

Thank you for the opportunity of submitting our proposal on this project. If you have any
questions please feel free to call.

Thank You,

Tom Benak
General Service Manager

# Saunders Engine Company

**Mobile, Alabama**
840 Lafarre Road 36610
P.O. Box 1924          36633
251 456-4502
251 457-5563
www.saundersengine.com

**Orange Beach, Alabama**
27075 Marina Road 36561
P.O. Box 1790          36561
251 981-3700
251 981-3919
www.saundersengine.com

**Panama City, Florida**
1128 Chestnut Avenue 32401
P.O. Box 1387          32402
850 763-7656
850 784-0265
www.saundersengine.com

# SAUNDERS

February 5, 2004                                                     Page 1 of 2

Peter Myrtle

## M/V "Scottish Reel" 53' Hatteras

TYPE:            Detroit Diesel
MODEL:           12V71 TI
APPLICATION:     Starboard Main Engine
PROCEDURE:       Major In-Frame Overhaul

We are pleased to provide our budgetary estimate of labor and materials required for the major in-frame overhaul on the starboard main engine of the M/V Scottish Reel. This estimate includes the specific parts, components, and procedures as listed:

## PROCEDURES INCLUDE:

Disassemble all parts and components listed--ALL ARE TREATED IN ONE OF THREE WAYS:
1) replaced with factory-new part
2) rebuilt/reconditioned to factory specification
3) qualified for reuse through appropriate inspections, tests, or measurements per specifications

## NEW REPLACEMENT PARTS INCLUDE:

| | |
|---|---|
| Cylinder kits | Oil regulator valves |
| Rod bearings | Main bearing bolts |
| Main bearings | Main bearing thrust washers |
| Necessary gaskets & seals | Liner inserts & shims |
| Fuel & oil filters | Oil & water conditioner |
| Air box check valves | Connecting rod bolts & spacers |
| HP Fuel pump drive | Blower shaft |
| Blower drive chain | Thermostats & seals |
| Misc. engine hoses | Blower drive hub & plates |

## REBUILT COMPONENTS INCLUDE:

| | |
|---|---|
| Cylinder heads | Governor |
| Blowers | Connecting rods |
| Blower drive | Injectors (premium grade) |
| Fuel pump | Oil pump |
| Turbos | |

# Saunders Engine Company



EXHIBIT
D

**Mobile, Alabama**
610 Dunivine Road  36610
P.O. Box 1824      36633
251 456-4507
251 457-5563
www.saundersengine.com

**Orange Beach, Alabama**
27675 Marina Road  36561
P.O. Box 1790      36561
251 981-3700
251 981-3919
www.saundersengine.com

**Panama City, Florida**
1128 Chestnut Avenue  32401
P.O. Box 1387          32402
850 763-7656
850 784-0265
www.saundersengine.com



February 5, 2004

## ESTIMATE DOES NOT INCLUDE:
Damaged or unacceptable castings or cores.
Machine work if any is required.
Switches, gauges, sensors, alarm systems.
Starters, alternators, electrical components.
Parts or procedures not listed in estimate.
Special freight charges.
Applicable sales tax.

## NOTES:
1. Service includes the replacement of fresh water hoses, fuel hoses, and oil hoses for engine components that are removed and replaced during overhaul. Additional charges will apply if other hoses require replacement.

2. Service does not include cleaning of the heat exchanger or inter-coolers.

3. Service includes replacement of all main bearing bolts.

4. Overhaul to be performed in Panama City

Estimated price: $28,056.00 per engine
Terms: 50% when engine assembly commences, balance on delivery

Thank you for the opportunity of submitting our proposal on this project. If you have any questions please feel free to call.

Thank You,

Tom Benak
General Service Manager

# Saunders Engine Company

Mobile, Alabama
880 Dumaine Road 36610
P.O. Box 1824        36633
251 456-4901
251 432-3663
sales@saundersengine.com

Orange Beach, Alabama
27075 Manna Road 36561
P.O. Box 1750        36561
251 981-3700
251 981-3919
www.saundersengine.com

Panama City, Florida
1728 Chestnut Avenue 32401
P.O. Box 1387        32402
850 763-7656
850 704-0285
www.saundersengine.com



**SAUNDERS**

\*\*REPRINT\*\*

Saunders Engine Company • Saunders Service Center • Oceanships Division • Saunders Yachtworks

| | | |
|---|---|---|
| INVOICE DATE | 04/12/2004 03:24PM | |
| INVOICE NO. 33107918 | PAGE 1 | |
| CUSTOMER NO. 52000 | BRANCH *3* | |

| Mobile, AL | Panama City, FL | Orange Beach, AL |
|---|---|---|
| 840 Dumaine Rd. 36610 | 1126 Chestnut Ave. 32401 | 27076 Marina Road 36561 |
| P.O. Box 1824    36633 | P.O. Box 1387    32402 | P.O. Box 1790    36561 |
| PH (251) 456-4507 | PH (850) 763-7856 | PH (251) 981-3700 |
| FX (251) 457-8563 | FX (850) 784-0266 | FX (251) 981-3919 |

PETER A. T. MYRTLE                           M/V "SCOTTISH REEL"

SOLD TO    115 GOFLERS DRIVE
           COVINGTON LA 70433

SHIP TO    PETER A. T. MYRTLE
           PANAMA CITY BCH FL 32411

| CUSTOMER P.O. | RIG ORDER NO. 034576 | (985) 624-8585 | TC 300/000 |
|---|---|---|---|

| | PRICE/EA | EXTENSION |
|---|---|---|

COMPLETION DATE: 03/19/2004
   UNIT: SCOTTISH R YEAR:            MAKE/MODEL: 53'HATTERUS
   SERIAL:                          MILEAGE:
OPR#01  45 501 14  ENGINE ASSEMBLY - OVERHAUL - MAJOR
        FS (Y) - PANAMA CITY FIELD SERVICE

   DETROIT 7122-3301 S/N: 12VA51638

   OVERHAULED PORT ENGINE PER ESTIMATE

```
 1 PK 228          ENGINE ENAMEL, GRAY PRIMER
 1 PK 211          ENGINE ENAMEL, GLOSS WHITE
 2 WZ A95          CLEANER/SOLVENT [FORCE 100]
 1 M3 81878AP      COPPER SILICONE HIGH TEMP
 2 WZ A95          CLEANER/SOLVENT [FORCE 100]
 2 KP 68756        WHITE LUBRIPLATE
 7 DD 5149565      BEARING, STD. MAIN (92/V71T)
 4 DD 5117005      WASHER, THRUST CRANK
 2 DD 5196382      GASKET KIT,12V71 HEAD 01.200
 1 DD 5122612      RETAINER, THERMOSTAT COVER
14 DD 5102374      BOLT, MAIN BEARING CAP  [VA]
24 DD 5144846      SPACER, ROD BOLT 1.6140
24 DD 5148373      BOLT,ROD C/H 12.9001
12 DX R5144848     CONNECTING ROD V71 CROSS EXC
12 DX CLASS48-C1   CORE, CONN ROD 5144848    CHG
12 DD 23522495     PISTON KIT. C/H V71 17:1 TUR
12 DD 23522955     RING SET, STD. GAP V71
 1 DX R5199735     FUEL PUMP LH HI-CAPACITY EXC
 1 DX R5199735-C1  CORE, FUEL PUMP HI/CAP    CHG
12 DD 5149572      BEARING, STD. ROD (V71/92)
 1 DD 5125635      GASKET,OIL PAN 04.7030
 1 DD 5100915      GBKT 4.7030,PAN,12V71 UPPER
 2 DX R23507281I   CYL.HEAD ASM.12V71TI STE EXC
 2 DX R23507281I-C1 CORE, HEAD 6-71 INTERCOO CHG
 1 JC 816-0000     GASKET, COVER
 1 JC 17936-0001   IMPELLER
 2 KP 68823        GSKT RMV/PT2CAR STRPR
 4 DD 5147423      GASKET,INTERCOOLER 03.5418
 4 DD 5145235      GASKET 3.3030
 2 DD 5117332      GASKET, LIFTING EYE
10 DD 5196022      BRG SET 1.7040
```

EXHIBIT

E

\*CONTINUED\*

| FREIGHT | TAX STATUS/STATE | SALES TAX | PLEASE PAY |
|---|---|---|---|

I acknowledge the terms, conditions, and/or warranties on the reverse side.                    CUSTOMER SIGNATURE



Saunders Engine Company • Saunders Service Center • Oceanships Division • Saunders Yachtworks

INVOICE DATE: 04/12/2004 03:24PM

INVOICE NO. 3310791 B

PAGE 2

CUSTOMER NO. 52000

BRANCH *3*

| Mobile, AL | Panama City, FL | Orange Beach, AL |
|---|---|---|
| 840 Dumaine Rd. 36610 | 1126 Chestnut Ave. 32401 | 27075 Marina Road 36561 |
| P.O. Box 1824   36633 | P.O. Box 1357   32402 | P.O. Box 1790   36561 |
| PH (251) 456-4507 | PH (850) 763-7656 | PH (251) 981-3700 |
| FX (251) 457-6663 | FX (850) 784-0286 | FX (251) 981-3919 |

PETER A. T. MYRTLE

M/V "SCOTTISH REEL"

SOLD TO
115 GOFLERS DRIVE
COVINGTON LA 70433

SHIP TO   PETER A. T. MYRTLE
PANAMA CITY BCH FL 32411

| CUSTOMER P.O. | R/S ORDER NO. 034576 | (985) 624-8585 | TC 3007000 | PICK/PK | EXTENSION |
|---|---|---|---|---|---|
| 1 DD 5117243 | GASKET 1.7012 | | | | |
| 2 DD 5123240 | GASKET, OIL INLET COVER | | | | |
| 1 DD 5123660 | GASKET, OIL PUMP COVER | | | | |
| 1 DD 5167380 | GASKET, PICK-UP TUBE 4.1520 | | | | |
| 2 DD 5117269 | GASKET 4.1730 | | | | |
| 1 DD 5123235 | GASKET 4.1232 | | | | |
| 1 DD 5123241 | GASKET, OIL PUMP INLET | | | | |
| 33 DD 5199569 | SHIM 1.6185 | | | | |
| 12 WZ A95 | CLEANER/SOLVENT [FORCE 100] | | | | |
| 10 DD 5116353 | BOLT, 1.3140 | | | | |
| 1 DD 5148810 | GASKET,ACCES. DRIVE 01.7646 | | | | |
| 1 DD 23515145 | GASKET CAM COVER 1.5040 | | | | |
| 1 DD 5123638 | GASKET 1.7480 | | | 26.00 | |
| | FREIGHT IN | | | | |
| | FREIGHT IN | | | 75.00 | |
| 10 DD 5116353 | BOLT, 1.3140 | | | | |
| 1 DD 5102814 | VALVE ASSM., OIL RELIEF | | | | |
| 1 DD 8921088 | VALVE,OIL REGULATOR 04.1670 | | | | |
| 4 DD 23503826 | THERMOSTAT 170-DEG 5.2050 | | | | |
| 4 CE 186780 | SAL,THM | | | | |
| 2 DD 23504701 | GASKET,EX FLANGE(OLD # 51018 | | | | |
| 1 DD 5101914 | GASKET, EXH. FLANGE 3.5307 | | | | |
| 1 ZZ 762 | SILIKOLENE | | | | |
| 3 ND FLX5500100 | HOSE,1" STICK SILCONE | | | | |
| 3 ND FLX5500200 | HOSE,2" SILCONE STICK | | | | |
| 3 ND FLX5500250 | HOSE,2 1/2" SILCONE STICK | | | | |
| 3 ND FLX5500262 | HOSE 2-5/8 SILCONE,STICK | | | | |
| 2 DD 5122975 | GASKET, W/ OUTLET UNDER TANK | | | | |
| 4 DD 5156319 | GASKET, EX. MAN. W/ FLANGE | | | | |
| 1 DD 23501662 | GSK,RAW W/P (5194567) 5.6012 | | | | |
| 2 DD 23501589 | GASKET, 04.4040 (5175846) | | | | |
| 2 KP 60812 | 7/16X13/16X1/16 COPPER WA, | | | | |
| 1 KP 79736 | FLAT HEAD PLUG, 1"-11 | | | | |
| 1 KP 7358 | FLAT HEAD PLUG, 1/2"-14 | | | | |
| 2 KP 44085 | BOLT,1/2"USS X 3 1/4" GD.5 | | | | |
| 2 KP 44086 | BOLT, 1/2" USS X 3 1/2" GD. | | | | |
| 2 KP 86163 | NUT, 1/2 USS | | | | |
| 4 KP 44046 | BOLT, 3/8" USS X 2 1/2" GD. | | | | |
| 8 KP 45044 | BOLT, 3/8"SAE X 2" | | | | |
| 4 KP 44042 | BOLT, 3/8"USS X 1-1/2" | | | | |
| 4 KP 44041 | BOLT, 3/8"USS X 1-1/4" | | | | |

*CONTINUED*

| FREIGHT | TAX STATUS-STATE | SALES TAX | PLEASE PAY |
|---|---|---|---|

CUSTOMER SIGNATURE

acknowledge the terms, conditions, and/or warranties on the reverse side



# SAUNDERS

Saunders Engine Company • Saunders Service Center • Oceanships Division • Saunders Yachtworks

| INVOICE DATE | 04/12/2004 03:24PM |
| INVOICE NO. | 33107918 | PAGE 3 |
| CUSTOMER NO. | 52000 | BRANCH *3* |

| | Mobile, AL | Panama City, FL | Orange Beach, AL |
|---|---|---|---|
| | 840 Dumaine Rd. 36610 | 1128 Chestnut Ave. 32401 | 27075 Marina Road 36561 |
| | P.O. Box 1824    36603 | P.O. Box 1387    32402 | P.O. Box 1790    36561 |
| | PH (251) 456-4507 | PH (850) 763-7658 | PH (251) 981-3700 |
| | FX (251) 457-8563 | FX (850) 764-0265 | FX (251) 981-3619 |

PETER A. T. MYRTLE                           M/V "SCOTTISH REEL"

SOLD
TO       115 GOFLERS DRIVE              SHIP
         COVINGTON LA 70433             TO    PETER A. T. MYRTLE
                                              PANAMA CITY BCH FL 32411

| | | | | PRICE/M | EXTENSION |
|---|---|---|---|---|---|
| 8 KP 66143 | LOCK NUT 3/8" | | | | |
| 24 KP 66161 | WASHER, 3/8" LOCK | | | | |
| 24 KP 80414 | WASHER, 3/8"SAE FLAT | | | | |
| 4 KP 44040 | BOLT, 3/8"USS X 1" | | | | |
| 3 PK 211 | ENGINE ENAMEL, GLOSS WHITE | | | | |
| 1 PK 228 | ENGINE ENAMEL, GRAY PRIMER | | | | |
| 1 PK 228 | ENGINE ENAMEL, GRAY PRIMER | | | | |
| 3 PK 211 | ENGINE ENAMEL, GLOSS WHITE | | | | |
| 1 KP 68823 | GSKT RMV/PT2CAR STRPR | | | | |
| | FREIGHT IN | | | | 41.22 |
| | FREIGHT IN | | | | 10.00 |
| 2 WH 402X6X6 | ELBOW, MALE INVERTED (27085) | | | | |
| 2 DD 5149642 | INSTALLATION KIT,12V71N&T BL | | | | |
| 2 KP 48 | CLAMP, (73719) | | | | |
| 2 KP 64 | CLAMP. (76830) | | | | |
| 1 ND GBH56046 | HOSE, STR. RAD. 2-7/8" | | | | |
| 1 ND GBH56056 | 3-1/2" STANDARD RAD HOSE | | | | |
| 1 DD 5117091 | CHAIN 3.4107 | | | | |
| 2 DD 23530407 | FILTER, SPIN-ON OIL (PF911) | | | | |
| 1 PK T19 | PAINT, RED OXIDE PRIMER | | | | |
| 1 VD 23505042V | TUBE | | | | |
| | FREIGHT IN | | | | 120.00 |
| 1 DD 23520024 | PRESSURE SWITCH, 10# NO/NC | | | | |
| 2 DD 5112143 | GASKET 5.5378 | | | | |
| 2 DD 23501662 | GSK,RAW W/P (5194567) 5.6012 | | | | |
| 20 PL 1-3359 | TIE STRAP, 14" HD BLACK | | | | |
| 30 PL 1-3358 | TIE STRAP,14" BLACK | | | | |
| 1 KP 86165 | NUT, 5/8 USS | | | | |
| 1 KP 66165 | WASHER, 5/8" LOCK | | | | |
| 6 KP 44040 | BOLT, 3/8"USS X 1" | | | | |
| 6 KP 44041 | BOLT, 3/8"USS X 1-1/4" | | | | |
| 3 WH 46X8 | CONNECTOR, SAE FEMALE 27038 | | | | |
| 2 DD 23513197 | PLUG 12.9550 (8924517) | | | | |
| 1 WH 3152X6 | PLUG, HEX (27251) | | | | |
| 6 ZZ 1630-024050 | CLAMP | BIL | | | |
| 6 ZZ 3400-225 | CLAMP | BIL | | | |
| 4 ZZ 344-TBC | HOSE | BIL | | | |
| 12 DD 23502022 | LINER, CYL.  1.05"  #3 | | | | |
| 4 WZ A75 | CLEANER/SOLVENT [FORCE 100] | | | | |
| 2 DX R5103838 | TURBOCHARGER (407370-900 EXC | | | | |
| 2 DX R5103838-C1 | CORE, TURBO | CHG | | | |

| | | | | *CONTINUED* |
|---|---|---|---|---|
| | FREIGHT | TAX STATUS/STATE | SALES TAX | PLEASE PAY |

I acknowledge the terms, conditions, and/or warranties on the reverse side.

CUSTOMER SIGNATURE



**SAUNDERS**

Saunders Engine Company • Saunders Service Center • Oceanships Division • Saunders Yachtworks

| INVOICE DATE | 04/12/2004 03:24PM |
| INVOICE NO. | 33107918 | 4 PAGE |
| CUSTOMER NO. | 52000 | *3* BRANCH |

| Mobile, AL | Panama City, FL | Orange Beach, AL |
|---|---|---|
| 840 Dumaine Rd. 36610 | 1128 Chestnut Ave. 32401 | 27075 Marina Road 36561 |
| P.O. Box 1824   36633 | P.O. Box 1387   32402 | P.O. Box 1790   36561 |
| PH (251) 456-4507 | PH (850) 763-7866 | PH (251) 981-3700 |
| FX (251) 457-6563 | FX (850) 784-0266 | FX (251) 981-3919 |

PETER A. T. MYRTLE                         M/V "SCOTTISH REEL"

SOLD TO    115 GOFLERS DRIVE          SHIP TO   PETER A. T. MYRTLE
           COVINGTON LA 70433                   PANAMA CITY BCH FL 32411

| CUSTOMER P.O. | 034578 | | (985) 624-8585 | | TC  3007000 | |
|---|---|---|---|---|---|---|
| | | | | | PROGRAM | EXTENSION |
| 1 DX R5122233 | OIL PUMP, 12V | EXC | | | | |
| 1 DX CLASS33-C1 | CORE, OIL PUMP 5122233 | CHG | | | | |
| 1 DX R23506714 | WATER PUMP 12V | EXC | | | | |
| 1 DX R23506714-C1 | WATER PUMP 12V | CHG | | | | |
| 2 RA 2020FM-OR | ELEMENT,RACOR   (FS1293) | | | | | |
| 1 DD 5117575 | GASKET 4.2893 | | | | | |
| 10 KP 24 | CLAMP (81723) | | | | | |
| | REBUILD BLOWERS/GOV | | | | | 1127.90 |
| | FREIGHT IN | | | | | 4.00 |
| 2-DD 25042692 | CHECK VALVE 4PSI | | | | | |
| 2-ND FLX5500125 | 1 1/4" HOSE,WATER | | | | | |
| 1-ND GBH56046 | HOSE, STR. RAD. 2-7/8" | | | | | |
| 1-ND FLX5500250 | HOSE,2 1/2" SILCONE STICK | | | | | |
| 1-ND FLX5500262 | HOSE 2-5/8 SILCONE,STICK | | | | | |
| 8 KP 70751 | 16-14 GA  .250 TAB | NYL | | | | |
| 1-DX R23506714-C1 | WATER PUMP 12V | RET | | | | |
| 1-DX CLASS33-C1 | CORE, OIL PUMP 5122233 | RET | | | | |
| 1-DX R5199735-C1 | CORE, FUEL PUMP HI/CAP | RET | | | | |
| 12-DX CLASS48-C1 | CORE, CONN ROD 5144848 | RET | | | | |
| 6 KP 60938 | TERMINAL 16-14 GA  10STUD | | | | | |
| 12 DD 23512138 | ANTIFREEZE W/NALCOOL ADDED | | | | | |
| 12 CV DELO10040G | OIL,DELO 100 40WT | | | | | |
| 1 S1 85066-03 | H-METER,2",12-24-32 VOLT | | | | | |
| 2-DX R23507281I-C1 | CORE, HEAD 6-71 INTERCOO | RET | | | | |
| 2-DX R5103838-C1 | CORE, TURBO | RET | | | | |
| | FREIGHT IN | | | | | 42.00 |
| 1 ZZ MISC | HOSES/FUEL ETC | BIL | | | | |
| 2 DD 23504072 | FUEL PIPE W/SEAL | | | | | |
| 2 DD 23504073 | FUEL PIPE W/SEAL | | | | | |
| 2 WZ A95 | CLEANER/SOLVENT [FORCE 100] | | | | | |
| 8 DD 5226186 | WASHER,INJECTOR CONNECTOR | | | | | |
| 12 DX R5228790P | N90 INJECTOR | EXC | | | | |
| 12 DX R5228790P-C1 | N90 INJECTOR | CHG | | | | |
| 12-DX R5228790P-C1 | N90 INJECTOR | RET | | | | |
| 20 DD 5226186 | WASHER,INJECTOR CONNECTOR | | | | | |
| 1 DD 23504073 | FUEL PIPE W/SEAL | | | | | |
| 4 DD 5104019 | GSKT RKR CV 1.8455 | | | | | |
| 1 DD 23504072 | FUEL PIPE W/SEAL | | | | | |
| 50 DD 8928676 | O"RING,FUEL JUMPER PIPE 2.40 | | | | | 212.76 |
| | SHOP SUPPLIES | | | | | 1658.88 |
| | MISC SUBTOTAL | | | | | |

| | | | | *CONTINUED* |
|---|---|---|---|---|
| FREIGHT | TAX STATUS/STATE | | SALES TAX | PLEASE PAY |

acknowledge the terms, conditions, and/or warranties on the reverse side

CUSTOMER SIGNATURE



**SAUNDERS**

Saunders Engine Company • Saunders Service Center • Oceanships Division • Saunders Yachtworks

| | | | |
|---|---|---|---|
| INVOICE DATE | 04/12/2004 03:24PM | | |
| INVOICE NO. 33107918 | | 5 PAGE | |
| CUSTOMER NO. 52000 | | BRANCH *3* | |

| **Mobile, AL** | **Panama City, FL** | **Orange Beach, AL** |
|---|---|---|
| 840 Dumaine Rd. 36610 | 1128 Chestnut Ave. 32401 | 27076 Marina Road 36561 |
| P.O. Box 1824    36633 | P.O. Box 1387    32402 | P.O. Box 1790    36561 |
| PH (251) 456-4507 | PH (850) 763-7866 | PH (251) 981-3700 |
| FX (251) 457-5563 | FX (850) 784-0266 | FX (251) 981-3919 |

PETER A. T. MYRTLE                          M/V "SCOTTISH REEL"

SOLD TO    115 GOFLERS DRIVE
           COVINGTON LA 70433

SHIP TO    PETER A. T. MYRTLE
           PANAMA CITY BCH FL 32411

| CUSTOMER P.O. | PO ORDER NO. | | | | | |
|---|---|---|---|---|---|---|
| | 034578 | | (985) 624-8565 | | TC   300/000 | |

| | | | PREPARER | |
|---|---|---|---|---|
| PARTS SUBTOTAL | | | 17797.12 | |
| LABOR SUBTOTAL | | | 8600.00 | |
| ** OPR SUBTOTAL | | | 28056.00 | |

OPR#02   45 509 03  CAMSHAFT - REMOVE & INSTALL
         FS (Y) - PANAMA CITY FIELD SERVICE

    DURING OVERHAUL FOUND CAMSHAFT BAD.  REPLACED BOTH
    CAMSHAFTS & BEARINGS PER ESTIMATE.

| Qty | Part No. | Description | | Unit | Amount |
|---|---|---|---|---|---|
| 1 | DX R5117852 | CAMSHAFT 12V71 CAST#5117 | EXC | 253.45EA | 253.45 |
| 1 | DX R5117852-C1 | CORE, CAMSHAFT | CHG | 238.00EA | 238.00 |
| 1 | DX R5117851 | CAMSHAFT 12V71 CAST#5117 | EXC | 265.37EA | 265.37 |
| 1 | DX R5117851-C1 | CORE, CAMSHAFT | CHG | 238.00EA | 238.00 |
| 1 | -DX R5117852-C1 | CORE, CAMSHAFT | RET | 238.00EA | 238.00- |
| 1 | -DX R5117851-C1 | CORE, CAMSHAFT | RET | 238.00EA | 238.00- |
| 1 | DD 23530707 | FILTER, FUEL (SECONDARY) | | 4.48EA | 4.48 |
| 2 | DD 8996207 | VALVE, DRAIN BACK  1 PSI | | 20.50EA | 41.00 |
| 1 | DD 8921934 | FORK,F/PUMP DRIVE | | 12.35EA | 12.35 |
| 1 | WH 3152X4 | PLUG, HEX (27250) | | 0.86EA | 0.86 |
| 2 | WH 3152X4 | PLUG, HEX (27250) | | 0.86EA | 1.72 |
| 2 | WH 3152X2 | PLUG, HEX (27249) | | 0.88EA | 1.76 |
| 2 | DD 25042692 | CHECK VALVE 4PSI | | 19.26EA | 38.52 |
| 1 | WH 3152X6 | PLUG, HEX (27251) | | 1.05EA | 1.05 |
| 6 | DD 5196022 | BRG SET 1.7040 | | 26.50EA | 159.00 |
| 1 | DD 5116485 | SPACER 1.7202 | | 15.98EA | 15.98 |
| 1 | DD 23516871 | OIL SEAL, CAMSHAFT FRONT | | 5.05EA | 5.05 |

                                    PARTS SUBTOTAL        800.59
                                    LABOR SUBTOTAL       1210.01
                                    SHOP SUPPLIES          48.40
                                    ** OPR SUBTOTAL      2059.00

OPR#03   45 501 30  ADDITIONAL ITEMS
         FS (Y) - PANAMA CITY FIELD SERVICE

    DURING OVERHAUL FOUND EXHAUST ELBOWS, EXHAUST PIPE &
    WATER PIPE DEFECTIVE.  REPLACED ELBOWS & PIPES.

| Qty | Part No. | Description | | Unit | Amount |
|---|---|---|---|---|---|
| 2 | ZZ 316L | EXHAUST RISER | BIL | 900.00EA* | 1800.00 |
| 1 | DD 5148008 | ADAPTOR | | 316.29EA* | 316.29 |
| 1 | DD 5148369 | ELBOW | | 397.59EA | 397.59 |

                                    PARTS SUBTOTAL       2513.88
                                    LABOR SUBTOTAL          0.00

| | | | | *CONTINUED* |
|---|---|---|---|---|
| FREIGHT | | TAX STATUS/STATE | SALES TAX | PLEASE PAY |

I acknowledge the terms, conditions, and/or warranties on the reverse side.

CUSTOMER SIGNATURE



Saunders Engine Company • Saunders Service Center • Oceanships Division • Saunders Yachtworks

INVOICE DATE 04/12/2004 03:24PM

INVOICE NO. 5310 7918        6 PAGE

CUSTOMER NO. 32060          BRANCH #3

| Mobile, AL | Panama City, FL | Orange Beach, AL |
|---|---|---|
| 840 Dumaine Rd. 36810 | 1126 Chestnut Ave. 32401 | 27075 Marina Road 36561 |
| P.O. Box 1824   36633 | P.O. Box 1587   32402 | P.O. Box 1790   36561 |
| PH (251) 456-4507 | PH (850) 763-7656 | PH (251) 981-3700 |
| FX (251) 457-5563 | FX (850) 784-0265 | FX (251) 981-3919 |

PETER A. T. MYRTLE                    M/V "SCOTTISH REEL"

SOLD TO    115 GOFLERS DRIVE          SHIP TO    PETER A. T. MYRTLE
           COVINGTON LA 70433                    PANAMA CITY BCH FL 32411

| CUSTOMER P.O. | PO ORDER NO. 034576 | (985) 624-8585 | TC 3007000 |
|---|---|---|---|

** OPR SUBTOTAL                                  PRICE/EA    EXTENSION
                                                              2513.88

*TOTAL PARTS:                                      21111.59
*TOTAL LABOR:                                       9810.01
*TOTAL OTHER:                                       1658.88
*TOTAL SHOP SUPPLIES:                                 48.40

| | 32628.88 | TAXABLE   FL | 2365.04 | 34993.92 |
|---|---|---|---|---|
| FREIGHT | | TAX STATUS/STATE | SALES TAX (00) | NET 30 DAY |

I acknowledge the terms, conditions, and/or warranties on the reverse side.        CUSTOMER SIGNATURE

1   **TERMS:**   Cash Unless Prior Credit Arrangements Made
Seller reserves the right to approve, alter or suspend credit at any time. If an open account is approved and maintained, terms
will be shown on the invoice. A service charge of 1½% per month, 18% per annum, will be charged on any past due balance.
In the event of default in the payment of this account, purchaser agrees to pay all costs of collections and a reasonable attorney fee.

2   **MANUFACTURER'S WARRANTY DISCLAIMER:**
The limited warranties applying to the parts listed hereon are those which may be offered by the manufacturer. Saunders Engine
and Equipment Co., Inc. (Saunders) hereby expressly disclaims all warranties, express or implied, including any warranty of
merchantability or fitness for a particular purpose; and neither assumes nor authorizes any other person to assume for it any liability
in connection with the sale of the part(s) and/or service. Buyer shall not be able to recover from Saunders any consequential
damages to property, damages for loss of use, loss of time, loss of profit or income, or any consequential damages, or any other
incidental damages.

3   **SELLER'S STATEMENT OF WARRANTY:**
Saunders warrants each Saunders remanufactured component to be free from defects in materials and workmanship under normal
use and service for a period of six (6) months from date of purchase. Saunders' only obligation under this warranty shall be limited
to repair or replacement at Saunders option, of any component determined by Saunders to be defective.

This warranty shall not apply to any remanufactured component which has been subject to misuse, abuse, negligence, accidental
damage, or alteration or repair outside of an authorized Saunders facility which in Saunders' judgement might affect the components
stability or reliability.

Saunders hereby expressly disclaims all warranties, either expressed or implied, including any limited warranty of merchantability or
fitness for a particular purpose; and neither assumes nor authorizes any other person to assume for it any liability in connection with
the sale of the part(s) and/or service. Buyer shall not be entitled to recover from Saunders any consequential damages to property,
damages for loss of use, loss of time, loss of profit or income, or any consequential damage, or any other incidental damages.

## FOR OUR FLORIDA CUSTOMERS ONLY

### PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW AND SIGN:

I UNDERSTAND THAT UNDER FLORIDA STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL
WILL EXCEED $50.00.

☐ I request a written estimate
   (NOTE: There is a charge for estimating and if no repair(s) are made, there will be a charge for disassembly and/or
   reassembly)

☐ I do not request a written estimate as long as the repair cost does not exceed $_____ Saunders may not
   exceed this without my prior written/or oral approval.

☐ I do not request a written estimate.


SIGN: _____   DATE: _____



**SAUNDERS**

\*\*REPRINT\*\*

Saunders Engine Company • Saunders Service Center • Oceanships Division • Saunders Yachtworks

| | | |
|---|---|---|
| **INVOICE DATE** | 04/12/2004 | 03:27PM |
| **INVOICE NO.** 33107919 | | **PAGE** 1 |
| **CUSTOMER NO.** 52000 | | **BRANCH** *3* |

| Mobile, AL | Panama City, FL | Orange Beach, AL |
|---|---|---|
| 840 Dumaine Rd. 36610 | 1128 Chestnut Ave. 32401 | 27075 Marina Road 36561 |
| P.O. Box 1824   36633 | P.O. Box 1367   32402 | P.O. Box 1790   36561 |
| PH (251) 458-4607 | PH (850) 763-7856 | PH (251) 981-3700 |
| FX (251) 457-6663 | FX (850) 784-0266 | FX (251) 981-3919 |

PETER A. T. MYRTLE                       M/V "SCOTTISH REEL"

**SOLD TO**
115 GOFLERS DRIVE
COVINGTON LA 70433

**SHIP TO**
PETER A. T. MYRTLE
PANAMA CITY BCH FL 32411

| CUSTOMER P.O. | R/A ORDER NO. 034577 | (985) 624-8585 | TC 300/000 |
|---|---|---|---|
| | | | **PICK-UP NO.** | **EXTENSION** |

COMPLETION DATE: 03/25/2004
UNIT: SCOTTISH R YEAR:          MAKE/MODEL: 53'HATTERUS
SERIAL:                    MILEAGE:
OPR#01  45 501 14  ENGINE ASSEMBLY - OVERHAUL - MAJOR
         FS (Y) - PANAMA CITY FIELD SERVICE

DETROIT 7122-7301  S/N: 12VA51631

OVERHAULED STARBOARD ENGINE PER ESTIMATE

| Qty | | Part No. | Description | |
|---|---|---|---|---|
| 2 | DX | R23507281I | CYL.HEAD ASM.12V71TI STE | EXC |
| 2 | DX | R23507281I-C1 | CORE, HEAD 6-71 INTERCOO | CHG |
| 2 | DD | 5117332 | GASKET, LIFTING EYE | |
| 10 | DD | 23502002 | LINER, CYL. 1.05" #3 | |
| 12 | DD | 23522495 | PISTON KIT, C/H V71 17:1 TUR | |
| 12 | DD | 23522955 | RING SET, STD. GAP V71 | |
| 2 | DD | 23511574 | PLUG | |
| 12 | DX | R5144848 | CONNECTING ROD V71 CROSS | EXC |
| 12 | DX | CLASS48-C1 | CORE, CONN ROD 5144848 | CHG |
| 1 | CV | DELO10040G | OIL,DELO 100 40WT | |
| 2 | DX | R5103838 | TURBOCHARGER (407370-900 | EXC |
| 2 | DX | R5103838-C1 | CORE, TURBO | CHG |
| 1 | DX | R5122233 | OIL PUMP, 12V | EXC |
| 1 | DX | CLASS33-C1 | CORE, OIL PUMP 5122233 | CHG |
| 1 | DX | R5199735 | FUEL PUMP LH HI-CAPACITY | EXC |
| 1 | DX | R5199735-C1 | CORE, FUEL PUMP HI/CAP | CHG |
| 7 | DD | 5149565 | BEARING, STD. MAIN (92/V71T) | |
| 4 | DD | 5117005 | WASHER, THRUST CRANK | |
| 2 | DD | 5196382 | GASKET KIT,12V71 HEAD 01.200 | |
| 2 | DD | 5123240 | GASKET, OIL INLET COVER | |
| 1 | DD | 5123660 | GASKET, OIL PUMP COVER | |
| 1 | DD | 5167380 | GASKET, PICK-UP TUBE 4.1520 | |
| 2 | DD | 5117269 | GASKET 4.1730 | |
| 1 | DD | 5123235 | GASKET 4.1232 | |
| 1 | DD | 5123241 | GASKET, OIL PUMP INLET | |
| 1 | DX | R23506714 | WATER PUMP 12V | EXC |
| 1 | DX | R23506714-C1 | WATER PUMP 12V | CHG |
| 4 | DD | 23503826 | THERMOSTAT 170-DEG 5.2050 | |
| 4 | CE | 186780 | SAL,THM | |
| 2 | DD | 23504701 | GASKET,EX FLANGE(OLD # 51018 | |



EXHIBIT
F

\*CONTINUED\*

| FREIGHT | TAX STATUS/STATE | SALES TAX | PLEASE PAY |
|---|---|---|---|

I acknowledge the terms, conditions, and/or warranties on the reverse side.                   **CUSTOMER SIGNATURE**



# SAUNDERS

Saunders Engine Company • Saunders Service Center • Oceanships Division • Saunders Yachtworks

| | | | |
|---|---|---|---|
| | | **INVOICE DATE** 04/12/2004 03:27PM | |
| | | **INVOICE NO.** 33107919 | **PAGE** 2 |
| | | **CUSTOMER NO.** 52000 | **BRANCH** *3* |

**Mobile, AL**
840 Dumaine Rd. 36610
P.O. Box 1824    36633
PH (251) 456-4807
FX (251) 457-5663

**Panama City, FL**
1128 Chestnut Ave. 32401
P.O. Box 1387    32402
PH (850) 763-7666
FX (850) 784-0266

**Orange Beach, AL**
27075 Marina Road 36561
P.O. Box 1790    36561
PH (251) 981-3700
FX (251) 981-3919

**SOLD TO**
PETER A. T. MYRTLE
115 GOFLERS DRIVE
COVINGTON LA 70433

**SHIP TO**
M/V "SCOTTISH REEL"
PETER A. T. MYRTLE
PANAMA CITY BCH FL 32411

| CUSTOMER P.O. | R/S ORDER NO. | | |
|---|---|---|---|
| | 034577 | (985) 624-8585 | TC  300/000 |

| | | | | PRICE PER | EXTENSION |
|---|---|---|---|---|---|
| 1 DD 5101914 | GASKET, EXH. FLANGE 3.5307 | | | | |
| 2 DD 5122975 | GASKET, W/ OUTLET UNDER TANK | | | | |
| 4 DD 5156319 | GASKET, EX. MAN. W/ FLANGE | | | | |
| 24 DD 5144846 | SPACER, ROD BOLT 1.6140 | | | | |
| 24 DD 5148373 | BOLT,ROD C/H 12.9001 | | | | |
| 14 DD 5183323 | SHIM 4.1030 | | | | |
| 1 DD 8921088 | VALVE,OIL REGULATOR 04.1670 | | | | |
| 1 DD 5102814 | VALVE ASSM., OIL RELIEF | | | | |
| 1 DD 5184484 | INSERT 1.6187 | | | | |
| 13 DD 5199569 | SHIM 1.6185 | | | | |
| 12 DD 5149572 | BEARING, STD. ROD (V71/92) | | | | |
| 3 PK 228 | ENGINE ENAMEL, GRAY PRIMER | | | | |
| 4 DD 5147423 | GASKET,INTERCOOLER 03.5418 | | | | |
| 4 DD 5147423 | GASKET,INTERCOOLER 03.5418 | | | | |
| 2 DD 23502020 | LINER, CYLINDER 1.05" #1 | | | | |
| 2 DD 5125635 | GASKET,OIL PAN 04.7030 | | | | |
| 8 KP 66143 | LOCK NUT 3/8" | | | | |
| 24 KP 80414 | WASHER, 3/8"SAE FLAT | | | | |
| 12 KP 66161 | WASHER, 3/8" LOCK | | | | |
| 4 KP 44042 | BOLT, 3/8"USS X 1-1/2" | | | | |
| 6 KP 44040 | BOLT, 3/8"USS X 1" | | | | |
| 4 KP 44041 | BOLT, 3/8"USS X 1-1/4" | | | | |
| 4 KP 44045 | BOLT 3/8" USS X 2 1/4 GD. 8 | | | | |
| 14 KP 66144 | LOCK NUT 7/16" | | | | |
| 1 ZZ 16899 | BOLT | BIL. | | | |
| 1 JC 17936-0001 | IMPELLER | | | | |
| 1 JC 816-0000 | GASKET, COVER | | | | |
| 2 KP 52 | CLAMP (73720) | | | | |
| 2 KP 56 | CLAMP, (7320_) | | | | |
| 8 KP 16 | CLAMP, (74846) | | | | |
| 2 KP 20 | CLAMP, (81722) | | | | |
| 50 DD 8928676 | O"RING,FUEL JUMPER PIPE 2.40 | | | | |
| 2 WH 3151X4 | PLUG, SQ. HEAD PIPE (27212) | | | | |
| 2 DD 23530407 | FILTER, SPIN-ON OIL (PF911) | | | | |
| 1 DD 23530707 | FILTER, FUEL (SECONDARY) | | | | |
| 2 WH 402X6X6 | ELBOW, MALE INVERTED (27085) | | | | |
| 1 M3 81878AP | COPPER SILICONE HIGH TEMP | | | | |
| | FREIGHT IN | | | | 20.25 |
| | FREIGHT IN | | | | 10.00 |
| | FREIGHT IN | | | | 7.50 |
| 24 DD 5226186 | WASHER,INJECTOR CONNECTOR | | | | |

| | | | | *CONTINUED* |
|---|---|---|---|---|
| | FREIGHT | TAX STATUS/STATE | SALES TAX | PLEASE PAY |

acknowledge the terms, conditions, and/or warranties on the reverse side

CUSTOMER SIGNATURE



Saunders Engine Company • Saunders Service Center • Oceanships Division • Saunders Yachtworks

| | | |
|---|---|---|
| **INVOICE DATE** | 04/12/2004 03:27PM | |
| **INVOICE NO.** 33107919 | | **PAGE** 3 |
| **CUSTOMER NO.** 52000 | | **BRANCH** *3* |

**Mobile, AL**
840 Dumaine Rd. 36610
P.O. Box 1824   36633
PH (251) 456-4507
FX (251) 457-5563

**Panama City, FL**
1128 Chestnut Ave. 32401
P.O. Box 1387   32402
PH (850) 763-7656
FX (850) 784-0266

**Orange Beach, AL**
27075 Marina Road 36561
P.O. Box 1790   36561
PH (251) 981-3700
FX (251) 981-3919

SOLD TO
PETER A. T. MYRTLE

115 GOFLERS DRIVE
COVINGTON LA 70433

SHIP TO
M/V "SCOTTISH REEL"

PETER A. T. MYRTLE
PANAMA CITY BCH FL 32411

| CUSTOMER P.O. | MS ORDER NO. 034577 | | (985) 624-8585 | TC 3007000 |
|---|---|---|---|---|

| QTY | | PART NO. | DESCRIPTION | | PRICE/EA | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | DD | 5117091 | CHAIN 3.4107 | | | |
| 1 | DD | 23504073 | FUEL PIPE W/SEAL | | | |
| 2 | DD | 8996207 | VALVE, DRAIN BACK  1 PSI | | | |
| 2 | DD | 8996207 | VALVE, DRAIN BACK  1 PSI | | | |
| 3 | RA | 2020PM-OR | ELEMENT,RACOR  (FS1293) | | | |
| 2 | DD | 5162888 | HOSE, TURBO A/OUT3 1/2X2 1/4 | | | |
| 13 | DD | 23512138 | ANTIFREEZE W/NALCOOL ADDED | | | |
| 12 | CV | DELO10040G | OIL,DELO 100 40WT | | | |
| 1 | WH | 3325X8 | NIPPLE, PIPE (27257) | | | |
| 4 | ND | 7PLACT40OL | CONSTANT | | | |
| 1 | ZZ | 101 | 1/2 TEE | BIL | | |
| 1 | DD | 5117575 | GASKET 4.2293 | | | |
| 1 | M3 | 80015AP | #2 SEALENT | | | |
| 1-DD | | 5162888 | HOSE, TURBO A/OUT3 1/2X2 1/4 | | | |
| 1 | VD | 23505042V | TUBE | | | |
| 1 | RA | RK 11-1910 | PLUG KIT (MA) | | | |
| | | | FREIGHT IN | | | 6.00 |
| | | | FREIGHT IN | | | 42.00 |
| 6 | KP | 44053 | BOLT, 3/8" USS X 4 1/2 GD.8 | | | |
| 6 | KP | 44047 | BOLT, 3/8" USS X 2 3/4" GD. | | | |
| 12 | KP | 80414 | WASHER, 3/8"SAE FLAT | | | |
| 2 | KP | 66161 | WASHER, 3/8" LOCK | | | |
| 3 | KP | 7015 | 1/4-20 SCR, .025-.150 RN | | | |
| 3 | KP | 44001 | BOLT, 1/4"USS X 3/4" | | | |
| 3 | KP | 80412 | WASHER, 1/4"SAE FLAT | | | |
| 3 | KP | 66159 | S | | | |
| 1 | ZZ | MISC | HOSES | BIL | | |
| 1 | ZZ | MISC | T BOLT CLAMPS | BIL | | |
| 1 | ZZ | MISC | HOSES | BIL | | |
| 1 | DD | 5132650 | 10134 TURBO CLAMP | | | |
| 1 | ZZ | 10MM | ROD | BIL | | |
| 1 | DD | 5146080 | TEMP SWITCH 205DEG. NO | | | |
| 1 | DD | 5179232 | RING 2.4225 | | | |
| 1 | DD | 5175989 | GASKET,BY-PASS TUBE 05.2170 | | | |
| 2 | DD | 8922593 | GASKET,GOV. SP. COVER 02.765 | | | |
| 4 | DD | 5226186 | WASHER,INJECTOR CONNECTOR | | | |
| 1 | ZZ | 4112RC | WARING LIGHT BUZZER COMB BIL | | | |
| | | | FREIGHT IN | | | 4.50 |
| 1 | S1 | 85066-03 | H-METER,2",12-24-32 VOLT | | | |
| 12-DX | | CLASS48-C1 | CORE, CONN ROD 5144848  RET | | | |
| 1-DX | | CLASS33-C1 | CORE, OIL PUMP 5122233  RET | | | |

**\*CONTINUED\***

| | FREIGHT | TAX STATUS/STATE | SALES TAX | PLEASE PAY |
|---|---|---|---|---|

I acknowledge the terms, conditions, and/or warranties on the reverse side

CUSTOMER SIGNATURE



# SAUNDERS

Saunders Engine Company • Saunders Service Center • Oceanships Division • Saunders Yachtworks

**INVOICE DATE** 04/12/2004 03:27PM

**INVOICE NO.** 33107915   **PAGE** 4

**CUSTOMER NO.** 52000   **BRANCH** *3*

| Mobile, AL | Panama City, FL | Orange Beach, AL |
|---|---|---|
| 840 Dumaine Rd. 36610 | 1125 Chestnut Ave. 32401 | 27075 Marina Road 36561 |
| P.O. Box 1824   36633 | P.O. Box 1387   32402 | P.O. Box 1790   36561 |
| PH (251) 456-4607 | PH (850) 763-7656 | PH (251) 981-3700 |
| FX (251) 457-5563 | FX (850) 784-0265 | FX (251) 981-3919 |

PETER A. T. MYRTLE

M/V "SCOTTISH REEL"

**SOLD TO** 115 GOFLERS DRIVE
COVINGTON LA 70433

**SHIP TO** PETER A. T. MYRTLE
PANAMA CITY BCH FL 32411

| CUSTOMER P.O. | | | | | |
|---|---|---|---|---|---|
| KB ORDERING 034577 | | (985) 624-8585 | | TC 3007000 | |
| | | | | PRODUCT# | EXTENSION |
| 1-DX R5199735-C 1 | CORE, FUEL PUMP HI/CAP | RET | | | |
| 1-DX R23506714-C 1 | WATER PUMP 12V | RET | | | |
| 12 DX R5228790P | N90 INJECTOR | EXC | | | |
| 12 DX R5228790P | N90 INJECTOR | CHG | | | |
| 12-DX R5228790P-C 1 | N90 INJECTOR | RET | | | |
| | REBUILD BLOWERS/GOV | | | | 1825.00 |
| 6 PK 211 | ENGINE ENAMEL, GLOSS WHI | BIL | | | |
| 2-DX R5103838-C 1 | CORE, TURBO | RET | | | |
| 2 DD 5149642 | INSTALLATION KIT,12V71N&T | BL | | | |
| 2-DX R23507281 I-C 1 | CORE, HEAD 6-71 INTERCOO | RET | | | |
| 1 DD 5148810 | GASKET,ACCES. DRIVE 01.7646 | | | | |
| 1 DD 23515145 | GASKET CAM COVER 1.5040 | | | | |
| 1 ZZ MISC | HOSES//FUEL ETC | BIL | | | |
| 1 ZZ 0440-4000 | GEAR DIP STICK | BIL | | | |
| | FRT IN FROM JAPAN | | | | 18.50 |
| 1 DD 8920905 | BRKT | | | | |
| | SHOP SUPPLIES | | | | 238.54 |
| | MISC SUBTOTAL | | | | 1572.29 |
| | PARTS SUBTOTAL | | | | 17883.71 |
| | LABOR SUBTOTAL | | | | 8600.00 |
| | ** OPR SUBTOTAL | | | | 28056.00 |

OPR#02   43 000 01   ALL EXHAUST SYSTEM COMPONENTS
FS (Y) - PANAMA CITY FIELD SERVICE

DURING OVERHAUL FOUND EXHAUST ELBOWS & EXHAUST PIPE
DEFECTIVE.

REPLACED EXHAUST ELBOWS & PIPE.

| 2 ZZ 316L | EXHAUST RISER | BIL | 900.00EA* | 1800.00 |
|---|---|---|---|---|
| 1 DD 5148008 | ADAPTOR | | 316.29EA* | 316.29 |
| | PARTS SUBTOTAL | | | 2116.29 |
| | LABOR SUBTOTAL | | | 0.00 |
| | ** OPR SUBTOTAL | | | 2116.29 |
| | *TOTAL PARTS: | | | 20000.00 |
| | *TOTAL LABOR: | | | 8600.00 |
| | *TOTAL OTHER: | | | 1572.29 |

| | 30172.29 | TAXABLE FL | 2192.02 | 32364.31 |
|---|---|---|---|---|
| | FREIGHT | TAX STATUS/STATE | SALES TAX | PLEASE PAY |
| | | | | (007) NET 30 DAY |

acknowledge the terms, conditions, and/or warranties on the reverse side.

CUSTOMER SIGNATURE



Saunders Engine Company • Saunders Service Center • Oceanships Division • Saunders Yachtworks

| INVOICE DATE |
| --- |
| 04/23/2004   10:05AM |

| INVOICE NO. | PAGE |
| --- | --- |
| 33108229 | 1 |

| CUSTOMER NO. | BRANCH |
| --- | --- |
| 52000 | *3* |

**Mobile, AL**
840 Dumaine Rd. 36610
P.O. Box 1824   36633
PH (251) 456-4507
FX (251) 457-8563

**Panama City, FL**
1128 Chestnut Ave. 32401
P.O. Box 1387   32402
PH (850) 763-7858
FX (850) 784-0285

**Orange Beach, AL**
27075 Marina Road 36561
P.O. Box 1790   36561
PH (251) 981-3700
FX (251) 981-3919

SOLD TO
PETER A. T. MYRTLE

115 GOFLERS DRIVE
COVINGTON LA 70433

SHIP TO
M/V "SCOTTISH REEL"
PETER A. T. MYRTLE
PANAMA CITY BCH FL 32411

| CUSTOMER P.O. | P/O ORDER NO. | | TC | 300/000 |
| --- | --- | --- | --- | --- |
| | 035377 | (985) 624-8585 | | |

UNIT: SCOTTISH R   YEAR:        MAKE/MODEL: 53'HATTERUS
SERIAL:                 MILEAGE:
#01  44 901 10  REMOVE AND REPLACE INJECTOR
      FS (Y) - PANAMA CITY FIELD SERVICE

DID NOT HAVE PREMIUM INJECTORS IN STOCK.  USED 3
REGULAR N90 INJECTORS.  CREDIT FOR CHARGE FOR PREMIUM
INJECTORS ON INV. #33107918.

| | | | | |
| --- | --- | --- | --- | --- |
| 3  D* R5228790 | INJECTOR N90 C5220000 | | 61.95EA | 185.85 |
| 3-DX R5228790P | N90 INJECTOR | | 92.53EA | 277.59- |
| | | PARTS SUBTOTAL | | 91.74- |
| | | LABOR SUBTOTAL | | 0.00 |
| | | ** OPR SUBTOTAL | | 91.74- |

#02  30 501 18  MAIN A/C GENERATOR - REPAIR
      FS (Y) - PANAMA CITY FIELD SERVICE

CHARGED FOR CHANGING OIL ON GENERATOR. INV. #33107921.
WE DID NOT CHANGE OIL.  CREDIT FOR CHARGE OF OIL AND
EXCESS LABOR.

$ 10.00 PARTS
$136.00 LABOR

| | | | |
| --- | --- | --- | --- |
| CREDIT REF INV. | | | 146.00- |
| | MISC SUBTOTAL | | 146.00- |
| | PARTS SUBTOTAL | | 0.00 |
| | LABOR SUBTOTAL | | 0.00 |
| | ** OPR SUBTOTAL | | 146.00- |
| | *TOTAL PARTS: | | 91.74- |
| | *TOTAL LABOR: | | 0.00 |
| | *TOTAL OTHER: | | 146.00- |

| | | | | |
| --- | --- | --- | --- | --- |
| | 237.74CR   TAXABLE  FL | | 18.00CR | 255.74CR |
| | TAX STATUS/STATE | SALES TAX | | PLEASE PAY |
| FREIGHT | | | (00) | CREDIT MEMO |

CUSTOMER SIGNATURE                    CREDIT MEMO

acknowledge the terms, conditions, and/or warranties on the reverse side

1   **TERMS:**   Cash Unless Prior Credit Arrangements Made

Seller reserves the right to approve, alter or suspend credit at any time. If an open account is approved and maintained, terms will be shown on the invoice. A service charge of 1½% per month, 18% per annum, will be charged on any past due balance. In the event of default in the payment of this account, purchaser agrees to pay all costs of collections and a reasonable attorney fee.

2   **MANUFACTURER'S WARRANTY DISCLAIMER:**

The limited warranties applying to the parts listed hereon are those which may be offered by the manufacturer. Saunders Engine and Equipment Co., Inc. (Saunders) hereby expressly disclaims all warranties, express or implied, including any warranty of merchantability or fitness for a particular purpose; and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the part(s) and/or service. Buyer shall not be able to recover from Saunders any consequential damages to property, damages for loss of use, loss of time, loss of profit or income, or any consequential damages, or any other incidental damages.

3   **SELLER'S STATEMENT OF WARRANTY:**

Saunders warrants each Saunders remanufactured component to be free from defects in materials and workmanship under normal use and service for a period of six (6) months from date of purchase. Saunders' only obligation under this warranty shall be limited to repair or replacement at Saunders option, of any component determined by Saunders to be defective.

This warranty shall not apply to any remanufactured component which has been subject to misuse, abuse, negligence, accidental damage, or alteration or repair outside of an authorized Saunders facility which in Saunders' judgement might affect the components stability or reliability.

Saunders hereby expressly disclaims all warranties, either expressed or implied, including any limited warranty of merchantability or fitness for a particular purpose; and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the part(s) and/or service. Buyer shall not be entitled to recover from Saunders any consequential damages to property, damages for loss of use, loss of time, loss of profit or income, or any consequential damage, or any other incidental damages.

### FOR OUR FLORIDA CUSTOMERS ONLY

#### PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW AND SIGN:

I UNDERSTAND THAT UNDER FLORIDA STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $50.00.

☐ I request a written estimate
(NOTE: There is a charge for estimating and if no repair(s) are made, there will be a charge for disassembly and/or reassembly)

☐ I do not request a written estimate as long as the repair cost does not exceed $_____ Saunders may not exceed this without my prior written/or oral approval.

☐ I do not request a written estimate.

SIGN: _____   DATE: _____